# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD A. NEWMYER, AN
INDIVIDUAL,

          Appellant,

vs.

PREMIER ONE HOLDINGS, INC., A
NEVADA CORPORATION; MRT
ASSETS, LLC, A NEVADA LIMITED-
LIABILITY COMPANY; RONE CHANG,
AN INDIVIDUAL; MICHAEL H. RING,
AN INDIVIDUAL; AND CALVIN FUNG,
AN INDIVIDUAL,

          Respondents.

No. 79594

**FILED**

SEP 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a findings of fact, conclusions of law, and dismissal with prejudice. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be prematurely filed under NRAP 4(a) because it was filed after the timely filing of a tolling motion under NRAP 4(a)(4) and before the tolling motion has been formally resolved. Appellant filed a timely motion for reconsideration and the court has set the motion for hearing. A timely tolling motion terminates the 30-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the

19-40218

district court enters a written order finally resolving the motion. *See* NRAP 4(a)(4). This court lacks jurisdiction and

        ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
      Edward A. Newmyer
      Morris Law Center
      Eighth District Court Clerk